UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) CASE NO. MJ 09-524
)
    Plaintiff, )
)
v. ) DETENTION ORDER
)
OSMAN ABSHIR ABDI, )
)
    Defendant. )
_____ )

<u>Offense charged</u>:     Unlawful Possession of a Firearm by a Convicted Felon

<u>Date of Detention Hearing</u>:     October 21, 2009.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.     The Complaint indicates defendant possessed an assault rifle, fitted with a bayonet, concealed beneath his bed. Officers conducting the search also found over 100

DETENTION ORDER
PAGE -1

grams of crack cocaine in his apartment. The U.S. Attorney alleges defendant is a member of the Crips gang. All of this supports a finding that he presents a danger to other persons and the community.

2. Defendant uses controlled substances. The precise extent and nature of his use is not known. His cousin reports that defendant drinks five alcoholic drinks on a daily basis.

3. He is a citizen of Somalia. The U.S. Attorney asserts there is a possibility an immigration detainer might be lodged against him. While defendant has family in San Diego, he has no family in this district, other than a man he describes as a tribal cousin.

4. He asserts he has not worked since arriving in this area in 2004. His cousin says he had temporary employment until laid off two months ago. In any event, there is no evidence he currently has any employment.

5. His criminal record includes three convictions for possession of controlled substances, and one conviction for making a false statement to a public servant.

6. Defendant and his cousin provided conflicting information to the Pretrial Services Officer.

7. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>21st</u> day of October, 2009.

<u>s/ John L. Weinberg</u>
United States Magistrate Judge

DETENTION ORDER
PAGE -3